**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

John Layne Hammons
Nelson & Hammons
705 Milam Street
Shreveport LA 71101

**REHEARING ACTION: November 12, 2014**

**Docket Number: 14   00075-CA**

**CURTIS LEDAY**
**VERSUS**
**DR. ALBERT LEE, ET AL.**

**Appealed from Calcasieu Parish Case No. 2010-4722**

**BEFORE JUDGES**:

   Hon. Elizabeth A. Pickett
   Hon. James T. Genovese
   Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Curtis Leday** has this day been

   **DENIED.**

cc: Patrick Manning Wartelle, Counsel for the Appellant
    Benjamin Joseph Guilbeau, Counsel for the Appellee